Marie Juhasz, Appellant, v. Peter Haisan and Caroline Haisan, Appellees.

**Gen. No. 44,660.**

opinion filed March 8, 1949; released for publication May 23, 1949. Fithian, Spengler & Finnegan, for appellant; no appearance for appellees. Opinion by JUSTICE TUOHY. Not to be published in full.

Talman Thomas, Appellee, v. James King, Appellant.

**Gen. No. 44,712.**

opinion filed March 8, 1949; released for publication May 23, 1949. Thaddeus B. Rowe, for appellant; no appearance for appellee. Opinion by JUSTICE TUOHY. Not to be published in full.